UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE LEE WEBB,<br><br>         Movant,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>         Respondent. | Case No.: 3:16-cv-01542-BEN<br>      3:91-cr-00663-BEN-1<br><br>**ORDER**<br><br>**(1) DENYING AS MOOT MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE UNDER 28 U.S.C. § 2255; and**<br><br>**(2) DENYING AS MOOT APPLICATION TO FILE A SECOND OR SUCCESSIVE SECTION 2255 MOTION.**<br><br>**[Docket Nos. 129, 137]** |

  Movant Mike Lee Webb has filed a Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 and an Application for Leave to File a Second or Successive Section 2255 Motion. (Docket Nos. 129, 137.)[1] In short, Movant's motions

---

[1] All docket citations refer to the criminal case docket, No. 91-cr-00663-BEN-1.

1

ask the Court to vacate his previous sentence and re-sentence him, but do not challenge his convictions. (*See* Docket No. 129 ("Because a conviction under § 844(i) is no longer a crime of violence after [*Johnson v. United States*, 135 S. Ct. 2551 (2015)] and because Mr. Webb has shown that he is otherwise entitled to relief under 28 U.S.C. § 2255, he respectfully requests that this Court grant his motion, vacate the sentence, and re-sentence him."); Docket No. 137 (same).)

The Court takes judicial notice that, on December 11, 2017, while Movant's motions were pending, he was released from the Bureau of Prisons' custody. *See* Federal Bureau of Prisons Website, *Inmate Locater Detail for Michael Lee Webb, Register No. 29149-198*, *available at* https://www.bop.gov/inmateloc/; *Qureshi v. Sanders*, 563 F. Supp. 2d 1154, 1156 n.2 (C.D. Cal. 2008) (taking judicial notice of Bureau of Prisons' ("BOP's") "Inmate Locator" website that showed petitioner's release from BOP's custody).

As a result, Movant's motions are moot. *See Aaron v. Pepperas*, 790 F.2d 1360, 1361-62 (9th Cir. 1986) (concluding petitioner's habeas petition moot where petitioner has satisfied his sentence and "merely contests the imposition and duration of his sentence"). Therefore, Movant's motions are denied.

**IT IS SO ORDERED.**

Dated: April 6, 2018

Hon. Roger T. Benitez
United States District Judge